IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BRIAN S. CULVER**                                                                 **PETITIONER**

vs.                                                         **CIVIL ACTION No.: 3:19-CV-434-HTW-LGI**

**WARDEN, USP- YAZOO CITY**                                                **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge **[Docket no. 28]** issued by Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, filed on April 20, 2022, Magistrate Judge Isaac recommended that Petitioner Brian Culver's petition be dismissed with prejudice. The Magistrate Judge directed the parties to file any objections to her recommendation within fourteen (14) days. Petitioner filed his objections on May 9, 2022.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 28]**, this court finds it well-taken. This court has carefully considered the submissions of the parties, the record, and relevant law, and the Magistrate Judge's well-versed Report and Recommendation. This court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Petitioner Brian Culver's petition for writ of habeas corpus hereby is DISMISSED WITH PREJUDICE.

**SO ORDERED** this the 29th day of May, 2022.

                                                            **/s/HENRY T. WINGATE**
                                                            **UNITED STATES DISTRICT COURT JUDGE**